C. I. T. CORPORATION, Respondent, *v.* CENTRAL HANOVER BANK & TRUST COMPANY OF NEW YORK et al., Appellants.

Argued April 4, 1939; decided April 18, 1939.

*Francis S. Bensel* and *Albert J. Walker* for Central Hanover Bank & Trust Company, appellant.

*Gerald Morrell* and *Irving Goldberg* for Federal Reserve Bank of New York et al., appellants.

*J. Joseph Noble* and *Joseph E. Woodson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. CRANE, Ch. J., taking no part.